COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-026-CV

 

IN RE KEVIN MICHAEL NEILL                                                    RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------








The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  The Tarrant County District
Clerk=s office
has informed this court that it has not received relator=s Amotion
to check out the clerk=s record on loan.@  However, even assuming that the district
clerk=s office
had received relator=s motion and refused to file it,
this court would not have jurisdiction to issue a writ of mandamus against it.[2]  If a district clerk=s office
refuses to accept a pleading tendered for filing, the tendering party should
attempt to file the pleading directly with the district judge, explaining in a
verified motion that the clerk refused to accept the pleading for filing.[3]  Accordingly, relator=s
petition for writ of mandamus is denied.

 

PER CURIAM

 

PANEL: 
DAUPHINOT, GARDNER, and MEIER, JJ. 

 

DELIVERED: 
February 12, 2009











    [1]See
Tex. R. App. P. 47.4.





    [2]See
Tex. Gov=t Code Ann. ' 22.221(b) (Vernon 2004).





    [3]See
In re Bernard, 993 S.W.2d 453, 454 (Tex. App.CHouston [1st Dist.] 1999,
orig. proceeding) (O=Connor, J., concurring).